Dismissed and Memorandum Opinion filed July 31, 2008








Dismissed
and Memorandum Opinion filed July 31, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00532-CV

____________

 

SUGARLAND@GREATWOOD, L.P. and 

SUGARLAND@GREATWOOD GP, L.L.C., Appellants

 

V.

 

CENTERPOINT ENERGY HOUSTON ELECTRIC, L.L.C., Appellee

 



 

On Appeal from the
268th District Court

Fort Bend County,
Texas

Trial Court Cause
No. 08-CV-163896

 



 

M E M O R A N D U M   O P I N I O N

This is
an interlocutory appeal from a temporary injunction order signed June 6, 2008. 
On July 22, 2008, appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 








Judgment rendered and Memorandum Opinion filed July
31, 2008.

Panel consists of Chief Justice Hedges and Justices
Fowler and Boyce.